**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MICHAEL BARTLEY,

    Plaintiff,

v.

    Case No. 3:22-cv-1294-TJC-JBT

MODICAN MEDICAL & SAFETY
TRAINING, INC.,

    Defendant.

**O R D E R**

The parties have filed a document titled "Stipulated Order of Dismissal," Doc. 28, which the Court construes as a stipulation of dismissal under Federal Rule of Civil Procedure 41(a). Upon review of the stipulation, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 3rd day of November, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

vng
Copies:
Counsel of record